```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION

                        IN ADMIRALTY

KAROLE A. STATHAKIS,

        Plaintiff,

v.                              Case No.  8:08-cv-1713-T-33TBM

STERLENE DRUMMOND, et al.,

        Defendants.
_____/
```

**ORDER**

This matter comes before the Court upon consideration of Plaintiff Karole A. Stathakis's "Default Judgment Federal Rules of Civil Procedure 12, 5(2), 55(A)(B)" (Doc. # 9), filed on October 29, 2008, which this Court will construe as a motion for entry of default judgment.

Plaintiff filed her complaint pro se on September 2, 2008. (Doc. # 1).  On October 6, 2008, Plaintiff filed a motion for the entry of clerk's default. (Doc. # 8).  On November 6, 2008, the Court denied Plaintiff's motion for the entry of clerk's default, noting: "Review of the docket reveals that, although a complaint was filed, summonses and/or waivers of service have not issued and service has not been accomplished." (Doc. # 11).

By her present motion, filed on October 29, 2008,

Plaintiff requests entry of default judgment against all Defendants in this case, asserting that Defendants have failed to appear or otherwise respond to the complaint. (Doc. # 9).

To date, no attorney has filed an appearance nor has any paper been filed on Defendants' behalf in this action. Plaintiff asserts in a number of her pleadings and motions that she has effected service of process on Defendants. This Court has scoured the present record and determines that the Defendants have not been served with process under the applicable legal standards, particularly Federal Rule of Civil Procedure 4.

"A federal trial court has an affirmative duty to examine its jurisdiction over the parties when entry of judgment is sought against a party who has failed to plead or otherwise defend." Romero v. All Stars Direct Servs., LLC, Case No. 6:08-cv-257-Orl-18DAB, 2008 U.S. Dist. LEXIS 75136, at *1 (M.D. Fla. 2008) (citing Williams v. Life Savings & Loan, 802 F.2d 1200, 1203 (10th Cir. 1986)). Without proper service under Federal Rule of Civil Procedure 4, the court is without jurisdiction to render a personal judgment against a defendant. Id.

In this case, it has not been established that Plaintiff has effected service of process of Defendants, and therefore,

2

this Court denies Plaintiff's request for a default judgment.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Karole A. Stathakis's "Default Judgment Federal Rules of Civil Procedure 12, 5(2), 55(A)(B)", construed as a motion for default judgment (Doc. # 9), is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>7th</u> day of November 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties Record

3